James E. Hart, Bar No. 194168
jhart@littler.com
P. Dustin Bodaghi, Bar No. 271501
dbodaghi@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.:   949.724.1201

Attorneys for Defendant
IMPERIAL BAG & PAPER CO. LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MEZA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BAG & PAPER CO. LLC, a Delaware limited liability company; and DOES 1 to 50,<br><br>Defendants. | Case No.  2:22-CV-08730<br><br>(Removed from Los Angeles Superior Court, Case No. 22STCV34617)<br><br>**DECLARATION OF PAUL CERVINO IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT ON THE 28 U.S.C. §§ 1332, 1441, 1446 AND 1453**<br><br>Trial Date: N/A<br>Complaint Filed: October 28, 2022 |

I, PAUL CERVINO, declare as follows:

1. I have personal knowledge of the facts set forth herein, except as to those matters set forth on information and belief, which I believe to be true, and would testify competently thereto if called as a witness.

2. I work for Defendant Imperial Bag & Paper Co. LLC ("Imperial" or the company) as the Chief Administrative Officer and have held this and other positions since July 15, 2009. I have knowledge of the facts set forth below based on my personal knowledge of Imperial's relevant business practices, policies and procedures, and corporate structure. I could and would testify to the same if called as a witness in this matter.

3. Imperial received a certificate documenting formation as an LLC under the laws of the State of Delaware. Imperial's principal executive offices are also located in New Jersey.

4. Imperial Bag & Paper Co. LLC has no members who are incorporated in California or have their principal places of business in California. Imperial has no members who reside in California at the time of the filing of this action. Imperial has the following members: Imperial Bag & Paper Co. LLC is owned 100% directly by Imperial Dade Intermediate Holdings, LLC, which received a certificate documenting formation as an LLC under the laws of the State of Delaware, and which has its principal place of business in New Jersey. Imperial Dade Intermediate Holdings, LLC, is owned 100% directly by AG IB&P Blocker, Inc., a Delaware corporation, which has its principal place of business in New Jersey.

5. As Chief Administrative Officer for Imperial, I am personally familiar with its executive officers. None of Imperial's executive officers are located in California. I am also personally familiar with the relevant managerial practices of Imperial. In this position, my current job duties include, among other things, maintaining the books and records of Defendant, and overseeing corporate governance. The operations management, human resources, finance, information

technology, distribution operations, legal and sales and marketing functions for Defendant are managed from the New Jersey headquarters. Most of the corporate-wide decisions relating to Defendant are made in New Jersey. The types of material corporate decisions made by each company in New Jersey include: decisions regarding corporate policy; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding the company's press releases and public affairs; decisions regarding banking relationships and cash management accounts; decisions regarding payroll; decisions regarding revenue management; decisions regarding safety and security policy-making; and policy decisions regarding advertising and marketing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 30, 2022, at North Berge, NJ.

_____
PAUL CERVINO

4866-6972-7552.1 / 058132-1000

LITTLER MENDELSON, P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000