**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MEZA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BAG & PAPER CO. LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>Defendants. | Case Number: 2:22-cv-08730-WLH-JPR<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT [22]**<br><br>State Action Filed: October 28, 2022<br>Removal Date:   December 01, 2022 |

After reviewing the Parties' Stipulation to Remand the Action to Los Angeles Superior Court and good cause appearing, **IT IS HEREBY ORDERED** as follows:

The Parties' Stipulation is approved. This matter is hereby remanded to the Superior Court for the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: August 15, 2023

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE